THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. JOSEPH ALFANO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 23, 1923; decided March 6, 1923.)

APPEAL from a judgment of the Queens County Court rendered May 23, 1921, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*Dana Wallace, District Attorney (Joseph Lonardo* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN and CRANE, JJ. Absent: ANDREWS, J.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. MICHAEL FRADIANO, Appellant.

*Crimes — murder in first degree — judgment of conviction affirmed.*

(Argued January 29, 1923; decided March 6, 1923.)

APPEAL from a judgment of the Supreme Court rendered May 26, 1922, at a Trial Term for the county of Bronx, upon a verdict convicting the defendant of the crime of murder in the first degree.

*Charles B. McLaughlin* for appellant.

*Edward J. Glennon, District Attorney (Albert Cohn* and *George B. De Luca* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.